IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace, *et al.*

---

| | |
|---|---|
| Mission Towers, ) | |
| ) | |
| Appellant, ) | Civil Action No. 07-287 |
| ) | |
| v. ) | Bankruptcy Case No. 01-01139 (JKF) |
| ) | Bankruptcy Appeal No. AP 07-16 |
| W.R. Grace, *et al.*, ) | |
| ) | |
| Appellees. ) | |

### Joint Appellants'[1] Response to Debtors' Motion for Leave to Counter-Designate an Additional Item in the Record on Appeal Of the Bankruptcy Court's Order <u>Disallowing 71 "Unauthorized" Speights & Runyan Claims</u>

---

[1] The 44 appellants are Hotel Captain Cook - Tower # 2 (Claim No. 11110); Baptist Health Medical Center - Little Rock f.k.a. Arkansas Baptist Medical Center (Claim No. 11128); Santa Teresa Medical Office Building (Claim No. 11018); Washington Township Health Care District f.k.a. Washington Hospital (Claim No. 10668); 99 Founders Plaza (Claim No. 10762); Dodge County Hospital (Claim No. 11550); St. Anthony's Regional Hospital & Nursing Home f.k.a. St. Anthony's Hospital & Hospital in Carroll IA (Claim No. 11151); Y.W.C.A. of Greater Des Moines f.k.a. Y.M.C.A. Building (Claim No. 11153); Carson Pirie Scott Store - Store #537 c/o Lakehurst Mall (Claim No. 11555); Palos Community Hospital f.k.a. Palos Hospital (Claim No. 11066); Mission Towers a.k.a. Foxridge Towers Office Building f.k.a. Foxridge Office Building (Claim No. 10516); Abbeville General Hospital f.k.a. Abbeville Hospital (Claim No. 11133); Jordan Hospital, Inc. (Claim No. 11689); University of New England - Westbrook College Campus f.k.a. Webber Hospital (Claim No. 11701); Bethesda Rehabilitation Hospital (Claim No. 10523); Keller Building f.k.a. Albert Keller Memorial Hospital (Claim No. 11384); Pierre Laclede Center No. 1 & 2 f.k.a. Pierce Laclede (Claim No. 10696); St. Joseph's Hill Infirmary Nursing Home (2 Buildings) (Claim No. 10700); First Health Montgomery Memorial Hospital f.k.a. Montgomery Memorial Hospital (Claim No. 10673); New Hanover Regional Medical Center c/o Ms. Copley, New Hanover County Office of the County Attorney f.k.a. New Hanover Memorial Hospital (Claim No. 10672); Nebraska Skilled Nursing and Rehabilitation f.k.a. Medicenters of America (Claim No. 11046); Virtua Health - West Jersey Hospital Voorhees f.k.a. West Jersey Hospital (Claim No. 11226); Virtua West Jersey Hospital Marlton f.k.a. Garden State Hospital (Claim No. 11389); Harry C. Levy Gardens - Housing Authority of the City of Las Vegas (Claim No. 11572); 1199 SEIU f.k.a. 310 West 43rd Street Building (Claim No. 11703); Cayuga County Office Building f.k.a. Cayuga Company Office Building (Claim No. 10947); Friendly Home Nursing Care & Rehabilitation f.k.a. Deaf Hard of Hearing & Speech Impaired (Claim No. 10747); IBM Metro Employees FCU f.k.a. Manufacturers Hanover Trust (Claim No. 10722); Oneida County Office Building c/o Oneida County Department of Law (Claim No. 10767); Schuyler Hospital (Claim No. 11003); Fulton County Health Center (Claim No. 11158); Ohio Savings Plaza f.k.a. Penton Plaza & Park Plaza Investment Tower Job (Claim No. 11179); McKenzie Willamette Medical Center f.k.a. McKenzie Hospital (Claim No. 11262); Manor Oak Two /Also has another bldg. 1001 Brinton Road, Pittsburgh, PA 15221 (Claim No. 10789); Panda Prints f.k.a. Lehigh Tile/Marble Warehouse (Claim No. 11257); Scottish Rite Cathedral (Claim No. 11200); St. Luke's Hospital - Bethlehem Campus *Bldg. #2 - St. Luke's Hospital - Allentown Campus, 1736 Hamilton Blvd. Allentown, PA 18104 (Claim No. 10998); Titusville Area Hospital f.k.a. Titusville Hospital / Farrell Hospital (Claim Nos. 11106 / 11144); First Tennessee Bank f.k.a. National Bank Building (Claim Nos. 10533, 11722 and 10534); Gundersen Lutheran Medical Center f.k.a. Lacrosse Lutheran Hospital – Addition (Claim No. 11124); The Homeplace of Mondovi Hospital & The Homeplace of Stanley f.k.a. Victory Medical Center f.k.a. Buffalo Memorial Hospital (Claim No. 11422); St. Mary's Medical Center f.k.a. St. Mary's Hospital (Claim No. 10746).

The Appellants (as defined in note 1, supra.) do not oppose appellees' request for leave to counter-designate an additional item in the record on appeal; however, Appellants reserve the right to request leave to designate additional items in the record on appeal as may be necessary or proper.

DATED: August 27, 2007

                                              Christopher D. Loizides (No. 3968)
                                              LOIZIDES, P.A.
                                              1225 King Street, Suite 800
                                              Wilmington, DE 19801
                                              Telephone:   (302) 654-0248
                                              Facsimile:     (302) 654-0728
                                              E-mail:          loizides@loizides.com

                                                            - and –

                                              Daniel A. Speights (SC Fed. ID No. 4252)
                                              Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
                                              SPEIGHTS & RUNYAN
                                              200 Jackson Avenue, East
                                              Post Office Box 685
                                              Hampton, SC 29924
                                              Telephone:    (803) 943-4444
                                              Facsimile:      (803) 943-4599

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace, *et al.*

---

| | | |
|---|---|---|
| Mission Towers, | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 07-287 |
| | ) | |
| v. | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | Bankruptcy Appeal No. AP 07-16 |
| W.R. Grace, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

---

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 27th day of August, 2007, I did cause to be served copies of the foregoing **Joint Appellants' Response to Debtors' Motion for Leave to Counter-Designate an Additional Item in the Record on Appeal of the Bankruptcy Court's Order Disallowing 71 Unauthorized Speights & Runyan Claims** on the parties listed and in the manner indicated on the attached service list.

DATED: August 27, 2007

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:      loizides@loizides.com

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 No. Market Street, 17th Floor
Wilmington, DE  19801
*Fax:   (302) 652-4400*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601
*Fax:   (312) 861-2200*

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*Fax:   (412) 288-3063*

**VIA FIRST CLASS MAIL**

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE  19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE  19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence P.A.
1200 No. Broom Street
Wilmington, DE 19806

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336

David B. Siegel
W.R. Grace & Company
7500 Grace Drive
Columbia, MD 21044