IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re: W.R. Grace, *et al.*

| | | |
|---|---|---|
| Mission Towers, | ) | |
| Appellant, | ) | Civil Action No. 07-287 |
| v. | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | AP 07-16 |
| W.R. Grace, *et al.*, | ) | |
| Appellees. | ) | |

### ORDER REGARDING EXTENSION OF BRIEFING SCHEDULE

Upon the request of the parties to the above-referenced appeal, it is therefore

ORDERED AND DECREED:

Appellants shall file and serve their reply brief on or before September 21, 2007, rather than August 31, 2007.

SO ORDERED THIS _13_ DAY OF _SEPT_, 2007.

_____
Hon. Ronald L. Buckwalter
United States District Court Judge

CONSENTED TO BY:

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248
Facsimile: (302) 654-0728

- and -

DOCS_DE:130520.1

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924
Telephone:   (803) 943-4444
Facsimile:   (803) 943-4599

*Counsel for Appellants*

_____
Laura Davis Jones, Esquire (No. 2436)
James E. O'Neill, Esquire (No. 4042)
Timothy P. Cairns, Esquire (No. 4228)
PACHULSKI STANG ZIEHL YOUNG
JONES & WEINTRAUB LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100

- and -

David M. Bernick, Esquire
Lisa G. Esayian, Esquire
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone:   (312) 861-2000

*Counsel for Appellees*