IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION NO. 07-287 |
| W.R. GRACE & CO., et al., | : | |
| Debtors. | : | BANKRUPTCY NO. 01-1139 |

### ORDER

AND NOW, this 13th day of September, 2007, upon consideration of Debtors' motion for leave to counter-designate an additional item in the record on appeal, and Joint Appellants' response thereto, it is hereby ORDERED that the motion (Docket No. 9) is GRANTED.

BY THE COURT:

RONALD L. BUCKWALTER, S.J.