IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | *Civil Action No. 07-287 RLB* |
| | ) | Hon. Ronald L. Buckwalter |
| W. R. GRACE & CO., et al. | ) | United States District Judge |
| | ) | (by special designation) |
| Debtors. | ) | Bankruptcy Case No. 01-01139 (JKF) |

**RESPONSE IN OPPOSITION TO JOINT APPELLANTS' MOTION TO SUPPLEMENT THE RECORD ON APPEAL**

The above-captioned Debtors file this response in opposition to the Joint Appellants' Motion to Supplement the Record on Appeal. (Dkt. No. 14)

Because Appellants' opening brief raised legal issues that were not addressed by the Bankruptcy Court in its order disallowing the claims at issue in this Appeal,[1] this Court granted Debtors leave to supplement the record on Appeal. (Dkt. No. 13) Specifically, Debtors designated one additional item, the transcript from the October 31, 2005 hearing, where the Bankruptcy Court found that Speights & Runyan's ("S&R") role as counsel in the *Anderson Memorial* South Carolina litigation did not give it authority to file bankruptcy claims. This item was necessary, because it demonstrates that the Bankruptcy Court previously rejected -- and S&R failed to appeal -- the exact legal position that Appellants raised in their opening brief (despite the fact that this issue was not part of the Bankruptcy Court opinion being appealed). (Dkt. No. 7, p. 8)

Appellants now request leave to supplement the record by adding two items, which are not, as Appellants contend, "necessary to address Grace's supplementation"[2]: (1) a March 13,

---

[1] *See* Bnkr. Dkt. Nos. 15209, 15210.

[2] Dkt. No. 14, p. 1.

2002, letter from David Bernick, counsel to Debtors, to the Bankruptcy Court judge, Judith K. Fitzgerald, and (2) an August 11, 2005, Affidavit of Professor John P. Freeman, a professor at the University of South Carolina Law School. Rather than addressing the binding effects of the Bankruptcy Court's October 2005 ruling, Appellants appear to be using their motion as an opportunity to improperly introduce new evidence that has nothing to do with the one supplemental item added by Grace.

*First,* Appellants' Reply Brief uses the Freeman Affidavit to support the underlying legal argument of whether S&R's role as counsel to putative class claimant Anderson Memorial actually gave S&R authority to file claims on account of individual that had been stricken from that putative class. (Dkt. No. 15, p. 9 ) This is unrelated to the issue for which Grace designated the October 31, 2005 transcript, namely that the Bankruptcy Court ruling represents the law of the case, was not appealed in 2005, and therefore cannot be appealed now.

*Second,* Appellants' Reply Brief relies upon the Bernick letter to support the proposition that "Debtors argued that *In re: American Reserve Corporation* set forth the guidepost for bringing class claims into the bankruptcy court." (Dkt. No. 15, p. 2). The application of a Seventh Circuit case concerning class proofs of claim has no connection to this issue of whether the Bankruptcy Court decided in 2005 that the *Anderson Memorial* litigation did not give S&R authority to file bankruptcy claims.

Therefore, the Debtors request that the Court deny Appellants' Motion to Supplement the Record on Appeal in its entirety and strike all portions of Appellants Reply that relate to or otherwise rely upon these two items.

Dated: October 1, 2007

Respectfully submitted,

                KIRKLAND & ELLIS LLP
                David M. Bernick, P.C.
                Janet S. Baer
                Lisa Esayian
                Samuel L. Blatnick
                200 East Randolph Drive
                Chicago, Illinois 60601
                (312) 861-2000

                And

                PACHULSKI STANG ZIEHL & JONES LLP

                /s/ Laura Davis Jones
                _____
                Laura Davis Jones (Bar No. 2436)
                James E. O'Neill, III (Bar No. 4042)
                Timothy P. Cairns (Bar No. 4228)
                919 North Market Street, 17th Floor
                P.O. Box 8705
                Wilmington, DE 19899-8705
                (302) 652-4100

                Co-Counsel for the Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Civil Action No. 07-287 RLB |
| | ) | Hon. Ronald L. Buckwalter |
| W. R. GRACE & CO., et al., | ) | United States District Judge |
| | ) | (by special designation) |
| Debtors. | ) | Bankruptcy Case No. 01-1139 (JKF) |

### CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 1st day of October, 2007, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**Response in Opposition to Joint Appellants' Motion to Supplement the Record on Appeal.**

_____
Timothy P. Cairns (Bar No. 4228)

91100-001\DOCS_DE:125703.81

WR Grace FAX Core Group, Speights,
Loizides Service List
Case No. 01-1139 (JKF)
October 1, 2007
Document # 130169
**20 – Facsimile**

*Facsimile 302-426-9947*
Mark T. Hurford, Esquire
Marla Rosoff Eskin, Esquire
Matthew G. Zaleski, III, Esquire
(Counsel for Asbestos Personal Injury
Claimants)

*Facsimile 302-658-6548*
Mark D. Collins, Esquire
(Counsel for The Chase Manhattan Bank)

*Facsimile 312-861-2200*
Janet S. Bear, Esquire
(Counsel to Debtor)

*Facsimile 302-658-6395*
Steven M. Yoder, Esquire
(Local Counsel to DIP Lender)

*Facsimile 302-573-6497*
David Klauder, Esquire
(United States Trustee)

*Facsimile 410-531-4545*
Mark Shelnitz
(W. R. Grace & Co.)

*Facsimile 212-644-6755*
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
(Official Committee of Personal Injury
Claimants)

*Facsimile 212-806-6006*
Lewis Kruger, Esquire
(Official Committee of Unsecured
Creditors)

*Facsimile 305-374-7593*
Scott L. Baena, Esquire
(Official Committee of Property Damage
Claimants)

*Facsimile 212-715-8000*
Philip Bentley, Esquire
(Counsel for Equity Committee)

*Facsimile 312-993-9767*
J. Douglas Bacon, Esquire
(Counsel to DIP Lender)

*Facsimile 302-657-4901*
Michael R. Lastowski, Esquire
(Counsel to Official Committee of
Unsecured Creditors)

*Facsimile 973-424-2001*
William S. Katchen, Esquire
(Counsel to the Official Committee of
Unsecured Creditors)

*Facsimile 302-552-4295*
Teresa K.D. Currier, Esquire
(Counsel to the Equity Committee)

*Facsimile 202-429-3301*
Peter Van N. Lockwood, Esquire
Albert G. Lauber, Esquire
Nathan D. Finch, Esquire
Max C. Heerman, Esquire
(Counsel for Asbestos Personal Injury
Claimants)

*Facsimile 302-655-4210*
John C. Phillips, Jr., Esquire
(Counsel to David T. Austern as Future
Claimants' Representative)

*Facsimile 202-339-8500*
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
(Counsel to David T. Austern as Future
Claimants' Representative)

*Facsimile 302-575-1714*
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
(Counsel for Property Damage Claimants)

*Facsimile 803-943-4599*
Daniel A. Speights, Esquire
Marion C. Fairey, Jr., Esquire
(Counsel for various PD Claimants)

*Facsimile 302-654-0728*
Christopher D. Loizides, Esquire
(Counsel for Various PD Claimants)

W. R. Grace Email Core Group, Speights,
Loizides Service List
Case No. 01-1139 (JKF)
Document Number: 130168
20 – Electronic Delivery

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Electronic Delivery*
*mlastowski@duanemorris.com*
*rriley@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Electronic Delivery*
*syoder@bayardfirm.com*
(Local Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Electronic Delivery*
*meskin@del.camlev.com*
*mhurford@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

*Electronic Delivery*
*Collins@RLF.com*
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Electronic Delivery*
*mjoseph@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

*Electronic Delivery*
*David.Klauder@usdoj.gov*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Electronic Delivery*
*currier@klettrooney.com*
(Equity Committee Counsel)
Teresa K. D. Currier
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

*Electronic Delivery*
jbaer@kirkland.com
dbernick@kirkland.com
(Counsel to Debtor)
David B. Bernick, P.C.
Janet Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*Electronic Delivery*
mark.shelnitz@grace.com
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Electronic Delivery*
lkruger@stroock.com
kpasquale@stroock.com
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

*Electronic Delivery*
ei@capdale.com
rct@capdale.com
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*Electronic Delivery*
sbaena@bilzin.com
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL 33131

*Electronic Delivery*
pbentley@kramerlevin.com
tmayer@kramerlevin.com
(Equity Committee Counsel)
Philip Bentley, Esquire
Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Electronic Delivery*
pvnl@capdale.com
ndf@capdale.com
tws@capdale.com
jwd@capdale.com
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

*Electronic Delivery*
WSKatchen@duanemorris.com
(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*Electronic Delivery*
<u>carol.hennessey@lw.com</u>
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Electronic Delivery*
<u>rfrankel@orrick.com</u>
<u>rwyron@orrick.com</u>
<u>mcheney@orrick.com</u>
(Counsel to David T. Austern, Future Claimant's Representative)
Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

*Electronic Delivery*
<u>jcp@pgslaw.com</u>
(Counsel to David T. Austern, Future Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

<u>dspeights@speightsrunyan.com</u>
Daniel A. Speights, Esquire
Speights & Runyan
(Counsel for various PD Claimants)

<u>loizides@loizides.com</u>
Christopher D. Loizides, Esquire
Loizides & Associates
(Counsel for various PD Claimants)