IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MISSION TOWERS, | : | |
| | : | CIVIL ACTION NO. 07-287 |
| Appellant, | : | |
| | : | BANKRUPTCY CASE NO. 01-01139 (JKF) |
| v. | : | |
| | : | |
| W.R. GRACE, *et al.*, | : | |
| | : | |
| Appellees. | : | |

## ORDER

AND NOW, this 6th day of December, 2007, upon consideration of Joint Appellants' Motion to Supplement the Record on Appeal (Docket No. 14) and Appellees' Response in Opposition (Docket No. 16), it is hereby **ORDERED** that Joint Appellants' Motion to Supplement the Record is **GRANTED**. The Court has considered the matter set forth along with all other factors in arriving at the decision filed contemporaneously.

BY THE COURT:

 *s/ Ronald L. Buckwalter, S. J.*
RONALD L. BUCKWALTER, S.J.