IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE, *et al.*, | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| MISSION TOWERS, *et al.*,[1] | ) | |
| | ) | |
| Appellants, | ) | Civil Action No. 07-287 (SJB) |
| | ) | (Consolidated Cases) |
| v. | ) | |
| | ) | |
| W.R. GRACE, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |

**JOINT NOTICE OF APPEAL TO THE
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

The below-referenced appellants ("Appellants") appeal to the United States Court of Appeals for the Third Circuit from the final judgment of the District Court for the District of Delaware, entered in this case on December 6, 2007 at Docket No. 19, affirming the Bankruptcy Court's April 17, 2007 Order expunging certain claims (including the 44 claims subject to this appeal).

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

---

[1] There were originally 44 separate appeals taken from the Bankruptcy Court's order. The District Court consolidated those appeals into the above-captioned Mission Towers appeal.

080103163328.DOC

| Appellants | Counsel |
|---|---|
| (1) Mission Towers a/k/a Foxridge Towers Office Building f/k/a Foxridge Office Building (Claim No. 10516); (2) Bethesda Rehabilitation Hospital, MN (Claim No. 10523); (3) First Tennessee Bank f/k/a National Bank Building (Claim No. 10533); (4) First Tennessee Bank f/k/a Hamilton National Band (Claim No. 10534); (5) Washington Township Health Care District f/k/a Washington Hospital, CA (Claim No. 10668); (6) New Hanover Regional Medical Center f/k/a New Hanover Memorial Hospital (Claim No. 10672); (7) First Health Montgomery Memorial Hospital f/k/a Montgomery Memorial Hospital, NC (Claim No. 10673); (8) Pierre Laclede Center Nos. 1 & 2 f/k/a Pierce Laclede Building(s), MO (Claim No. 10696); (9) St. Joseph's Hill Infirmary Nursing Home (2 Buildings), MO (Claim No. 10700); (10) IBM Metro Employees FCU f/k/a Manufacturers Hanover Trust (Claim No. 10722); (11) Palos Community Hospital f/k/a Palos Hospital, IL (Claim No. 11066); (12) St. Mary's Medical Center f/k/a St. Mary's Hospital (Claim No. 10746); (13) Friendly Home Nursing Care & Rehabilitation f/k/a Deaf Hard of Hearing & Speech Impaired (Claim No. 10747); (14) 99 Founders Plaza, CT (Claim No. 10762); (15) Oneida County Office Building c/o Oneida County Dept. of Law, NY (Claim No. 10767); (16) Manor Oak Two (2nd building), 1910 Cochran Road, Pittsburgh, PA (Claim No. 10789); (17) Cayuga County Office Building f/k/a Cayuga Company Office Building, NY (Claim No. 10947); (18) St. Luke's Hospital - Bethlehem Campus, Bldg. #2 - St. Luke's Hospital - Allentown Campus, 1736 Hamilton Blvd. Allentown, PA (Claim No. 10998); (19) Schuyler Hospital, NY (Claim No. 11003); (20) Santa Teresa Medical Office Building, CA (Claim No. 11018); (21) Nebraska Skilled Nursing and Rehabilitation f/k/a Medicenters of America, NE (Claim No. 11046); (22) Virtua Health - West Jersey Hospital Voorhees f/k/a West Jersey Hospital, NJ (Claim No. 11226); (23) Titusville Area Hospital f/k/a Titusville Hospital / Farrell Hospital, PA (Claim Nos. 11106 / 11144); (24) Hotel Captain Cook - Tower # 2, AK (Claim No. 11110); (25) Gundersen Lutheran Medical Center f/k/a Lacrosse Lutheran Hospital Addition, WI (Claim No. 11124); (26) Baptist Health Medical Center - Little Rock f/k/a Arkansas Baptist Medical Center, AK (Claim No. 11128); (27) Abbeville General Hospital f/k/a Abbeville Hospital, LA (Claim No. 11133); (28) St. Anthony's Regional Hospital & Nursing Home f/k/a St. Anthony's Hospital & Hospital in Carroll, IA (Claim No. 11151); (29) Fulton County Health Center (Claim No. 11158); (30) Ohio Savings Plaza f/k/a Penton Plaza & Park Plaza Investment Tower Job, OH (Claim No. 11179); (31) YWCA of Greater Des Moines f/k/a YMCA Building, IA (Claim No. 11153); (32) Scottish Rite Cathedral, PA (Claim No. 11200); (33) First Tennessee Bank, Court-Thomas Computer Center (Bldg. | Christopher D. Loizides (No. 3968)<br>LOIZIDES, P.A.<br>1225 King Street, Suite 800<br>Wilmington, DE 19801<br>Telephone:    (302) 654-0248<br><br>Daniel A. Speights (SC Fed. ID No. 4252)<br>Marion C. Fairey, Jr. (SC Fed. ID No. 6101)<br>SPEIGHTS & RUNYAN<br>200 Jackson Avenue, East<br>Post Office Box 685<br>Hampton, SC 29924<br>Telephone:    (803) 943-4444 |

| | |
|---|---|
| 2) f/k/a National Bank Building (Claim No. 11722); (34) Panda Prints f/k/a Lehigh Tile/Marble Warehouse, PA (Claim No. 11257); (35) McKenzie Willamette Medical Center f/k/a McKenzie Hospital, OR (Claim No. 11262); (36) Keller Building f/k/a Albert Keller Memorial Hospital, MO (Claim No. 11384); (37) Virtua West Jersey Hospital Marlton f/k/a Garden State Hospital, NJ (Claim No. 11389); (38) The Homeplace of Mondovi Hospital & The Homeplace of Stanley f/k/a Victory Medical Center f/k/a Buffalo Memorial Hospital (Claim No. 11422); (39) Dodge County Hospital, GA (Claim No. 11550); (40) Carson Pirie Scott Store - Store #537 c/o Lakehurst Mall, IL (Claim No. 11555); (41) Harry C. Levy Gardens - Housing Authority of the City of Las Vegas, NV (Claim No. 11572); (42) Jordan Hospital, Inc., MA (Claim No. 11689); (43) University of New England - Westbrook College Campus f/k/a Webber Hospital, ME (Claim No. 11701); and (44) 1199 SEIU f/k/a 310 West 43rd Street Building, NY (Claim No. 11703); | |

| Appellees | Counsel |
|---|---|
| W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgracc, Inc., Coalgracc II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A B Inc., Grace A B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H G Inc., Grace H G II Inc,, Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor | Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Timothy P. Cairns, Esquire<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 No. Market Street, Suite 1600<br>P.O. Box 8705<br>Wilmington, DE 19899-8705<br>Telephone:    (302) 652-4100<br><br>David M .Bernick, Esquire<br>Janet S. Baer, Esquire<br>Lisa Esayian, Esquire<br>KIRKLAND & ELLIS LLP<br>200 E. Randolph Drive<br>Chicago, IL 60601<br>Telephone:    (312) 861-2000<br><br>James J. Restivo, Jr., Esquire<br>Douglas E. Cameron, Esquire<br>Traci S. Rea, Esquire<br>REED SMITH LLP<br>435 Sixth Avenue<br>Pittsburgh, PA 15219<br>Telephone:    (412) 288-3131 |

| | |
|---|---|
| BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden Gulch West Coal Company, H G Coal Company | |

DATED:  January 4, 2008

/s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
E-mail:          loizides@loizides.com

- and –

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:     (803) 943-4599

*Counsel for Appellants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | CHAPTER 11 |
| | ) | |
| W.R. GRACE, *et al.*, | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| MISSION TOWERS, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | Civil Action No. 07-287 (SJB) |
| | ) | (Consolidated Cases) |
| v. | ) | |
| | ) | |
| W.R. GRACE, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on January 4, 2008, I did cause to be served copies of **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT** on the parties listed and in the manner indicated on the attached service list.

DATED: January 4, 2008

      /s/ Christopher D. Loizides
Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728
E-mail:   loizides@loizides.com

080103163328.DOC

**SERVICE LIST**

**VIA HAND-DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 No. Market Street, 17th Floor
Wilmington, DE 19801

**VIA FEDEX AND EMAIL**

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email:  dbernick@kirkland.com
        jbaer@kirkland.com

James Restivo, Jr., Esquire
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Email:  JRestivo@ReedSmith.com

**VIA FIRST CLASS MAIL**

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE 19801

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce, PA
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
The Washington Harbour
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC 20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL 33131-2336

David B. Siegel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044