IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:  W.R. Grace & Co., *et al.*

---

| | |
|---|---|
| Mission Towers, *et al.* [1],, ) | |
| ) | |
| Appellants,        ) | Civil Action No. 07-287 |
| ) | |
| v.        ) | Bankruptcy Case No. 01-01139 (JKF) |
| ) | Bankruptcy Appeal No. AP 07-16 |
| W.R. Grace & Co, *et al.*,        ) | |
| ) | |
| Appellees.        ) | Re:  Docket No. 20 |
| _____ ) | |

**APPELLANTS' JOINT
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND
DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

---

[1] The 44 Appellants are:  (1) Mission Towers a/k/a Foxridge Towers Office Building f/k/a Foxridge Office Building (Claim No. 10516); (2) Bethesda Rehabilitation Hospital, MN (Claim No. 10523); (3) First Tennessee Bank f/k/a National Bank Building (Claim No. 10533); (4) First Tennessee Bank f/k/a Hamilton National Band (Claim No. 10534); (5) Washington Township Health Care District f/k/a Washington Hospital, CA (Claim No. 10668); (6) New Hanover Regional Medical Center f/k/a New Hanover Memorial Hospital (Claim No. 10672); (7) First Health Montgomery Memorial Hospital f/k/a Montgomery Memorial Hospital, NC (Claim No. 10673); (8) Pierre Laclede Center Nos. 1 & 2 f/k/a Pierce Laclede Building(s), MO (Claim No. 10696); (9) St. Joseph's Hill Infirmary Nursing Home (2 Buildings), MO (Claim No. 10700); (10) IBM Metro Employees FCU f/k/a Manufacturers Hanover Trust (Claim No. 10722); (11) Palos Community Hospital f/k/a Palos Hospital, IL (Claim No. 11066); (12) St. Mary's Medical Center f/k/a St. Mary's Hospital (Claim No. 10746); (13) Friendly Home Nursing Care & Rehabilitation f/k/a Deaf Hard of Hearing & Speech Impaired (Claim No. 10747); (14) 99 Founders Plaza, CT (Claim No. 10762); (15) Oneida County Office Building c/o Oneida County Dept. of Law, NY (Claim No. 10767); (16) Manor Oak Two (2nd building), 1910 Cochran Road, Pittsburgh, PA (Claim No. 10789); (17) Cayuga County Office Building f/k/a Cayuga Company Office Building, NY (Claim No. 10947); (18) St. Luke's Hospital - Bethlehem Campus, Bldg. #2 - St. Luke's Hospital - Allentown Campus, 1736 Hamilton Blvd. Allentown, PA (Claim No. 10998); (19) Schuyler Hospital, NY (Claim No. 11003); (20) Santa Teresa Medical Office Building, CA (Claim No. 11018); (21) Nebraska Skilled Nursing and Rehabilitation f/k/a Medicenters of America, NE (Claim No. 11046); (22) Virtua Health - West Jersey Hospital Voorhees f/k/a West Jersey Hospital, NJ (Claim No. 11226); (23) Titusville Area Hospital f/k/a Titusville Hospital / Farrell Hospital, PA (Claim Nos. 11106 / 11144); (24) Hotel Captain Cook - Tower # 2, AK (Claim No. 11110); (25) Gundersen Lutheran Medical Center f/k/a Lacrosse Lutheran Hospital Addition, WI (Claim No. 11124); (26) Baptist Health Medical Center - Little Rock f/k/a Arkansas Baptist Medical Center, AK (Claim No. 11128); (27) Abbeville General Hospital  f/k/a Abbeville Hospital, LA (Claim No. 11133); (28) St. Anthony's Regional Hospital & Nursing Home f/k/a St. Anthony's Hospital & Hospital in Carroll, IA (Claim No. 11151); (29) Fulton County Health Center (Claim No. 11158); (30) Ohio Savings Plaza f/k/a Penton Plaza & Park Plaza Investment Tower Job, OH (Claim No. 11179); (31) YWCA of Greater Des Moines f/k/a YMCA Building, IA (Claim No. 11153); (32) Scottish Rite Cathedral, PA (Claim No. 11200); (33) First Tennessee Bank, Court-Thomas Computer Center (Bldg. 2) f/k/a National Bank Building (Claim No. 11722); (34) Panda Prints f/k/a Lehigh Tile/Marble Warehouse, PA (Claim No. 11257); (35) McKenzie Willamette Medical Center f/k/a McKenzie Hospital, OR (Claim No. 11262); (36) Keller Building f/k/a Albert Keller Memorial Hospital, MO (Claim No. 11384); (37) Virtua West Jersey Hospital Marlton f/k/a Garden State Hospital, NJ (Claim No. 11389); (38) The Homeplace of Mondovi Hospital & The Homeplace of Stanley f/k/a Victory Medical Center f/k/a Buffalo Memorial Hospital (Claim No. 11422); (39) Dodge County Hospital, GA (Claim No. 11550); (40) Carson Pirie Scott Store - Store #537 c/o Lakehurst Mall, IL (Claim No. 11555); (41) Harry C. Levy Gardens - Housing Authority of the City of Las Vegas, NV (Claim No. 11572); (42) Jordan Hospital, Inc., MA (Claim No. 11689); (43) University of New England - Westbrook College Campus f/k/a Webber Hospital, ME (Claim No. 11701); and (44) 1199 SEIU f/k/a 310 West 43rd Street Building, NY (Claim No. 11703).

Pursuant to 28 U.S.C. § 158(d) and Fed.R.App. 6(b)(2)(B), Appellants, by and through undersigned counsel, hereby submit the following designation of items to be included in the record on appeal and statement of issues to be presented in their appeal from the Memorandum Opinion of the United States District Court for the District of Delaware (Buckwalter, S.J.), entered on December 6, 2007 in the above-captioned case (D.I. 19), affirming the April 17, 2007 Order of the United States Bankruptcy Court for the District of Delaware, disallowing and expunging 44 asbestos property damage claims filed by the law firm of Speights & Runyan against W.R. Grace & Co., et al.

## I.      Statement of Issues to Be Presented

A.      Whether the Bankruptcy Court erred in expunging appellants' asbestos property damage claims on the basis that class counsel did not have authority to file the claim on behalf of the claimant who was a member of the putative class, and whether the District Court erred in affirming the Bankruptcy Court's ruling.

B.      Whether the Bankruptcy Court erred in expunging the appellants' asbestos property damage claim on the basis that the appellants were precluded as a matter of law from ratifying a timely proof of claim filed on its behalf by class counsel even though the appellant/class member had not received any direct or actual notice of the bar date from the Debtors, and whether the District Court erred in affirming the Bankruptcy Court's ruling.

C.      Whether the Bankruptcy Court erred in expunging the appellants' asbestos property damage claims without an evidentiary hearing or without making specific findings of fact as to if or when the appellant received actual notice of the bar date and when the appellant provided authorization (written or oral) to class counsel to file or proceed with the individual proof of claim on claimant's behalf, and whether the District Court erred in affirming the Bankruptcy Court's ruling.

## II.    Designation of Items to be Included in the Record on Appeal

### A.    Docket Entries in the Bankruptcy Court

| Date | Docket No. | Description |
|------|-----------|-------------|
| 6/27/2001 | 586 | Motion for Entry of Case Management Order, Establishment of Bar Date, Approval of Proof of Claim Forms and Approval of Notice Program |
| 9/7/2001 | 900 | Response and Memorandum of the Official Committee of Asbestos Property Damage Claimants in Opposition to Debtors' Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Proof of Claim Forms and Approval of the Notice Program |
| 11/9/2001 | 1106 | Debtors' Consolidated Reply in Support of Their Motion for Entry of Case Management Order, Establishment of a Bar Date, Approval of the Claim Forms and Approval of the Notice Program |
| 2/12/2002 | 1666 | Debtors' Consolidated Reply in Support of Their Motion for Entry of Case Management Order, Establishment of a Bar date, Approval of the Claim Forms with Respect to Asbestos Personal Injury Claims and Approval of Debtors' Combined Notice Program |
| 2/15/2002 | 1677 | Notice of Filing Debtors' Brief Regarding Bar Date and Class Notice |
| 2/25/2002 | 1793 | Transcript of 2/25/2002 Hearing (pp. 53-110) |
| 2/29/2002 | 1650 | Transcript of January 29, 2002 Hearing (pp. 21-69) |
| 3/13/2002 |  | Letter of David Bernick to the Honorable Judith K. Fitzgerald |
| 3/18/2002 | 1912 | Transcript of March 18, 2002 Hearing (pp. 53-130) |
| 4/12/2002 | 1926 | Notice of Filing Revised Bar Date Notice Plan, Proof of Claim Forms and Related Material |
| 4/12/2002 | 1927 | Notice of Filing Exhibit Tabs C and D to Revised Bar Date Notice Plan, Proof of Claim Forms and Related Materials |
| 4/22/2002 | 1957 | Transcript of April 22, 2002 Hearing (pp. 8-79) |
| 8/16/2005 |  | Affidavit of Professor John P. Freeman |
| 9/1/2005 | 9311 | Debtors' Thirteenth Omnibus Objection to 2,937 Unauthorized Claims filed by Speights & Runyan |

| Date | Docket No. | Description |
|---|---|---|
| 9/1/2005 | 9315 | Debtors' Fifteenth Omnibus Objection to Claims |
| 9/22/2005 | 9501 | Scheduling/Case Management Order for Thirteenth Omnibus Objection to Claims |
| 9/30/2005 | 9546 | Debtors' Brief in Support of Disallowance & Expungement of 1900 Improper Claims filed by Speights & Runyan |
| 10/21/2005 | 10014 | Anderson Memorial's Motion for Class Certification |
| 10/24/2005 | 10001 | Speights & Runyan's Response to Debtors' Brief in Support of Disallowance & Expungement of 1900 Claims filed by Speights & Runyan |
| 10/26/2005 | 10837 | Debtors' Reply Brief in Support of Disallowance & Expungement of Improper Claims |
| 11/10/2005 | 11025 | Transcript of 10/31/05 Hearing |
| 12/12/2005 | | Notice of 30(b)(6) Deposition re: 1. The debtors' knowledge how many of the 200,000 + creditors mentioned in its December 2, 2005 response to Anderson Memorial Hospital's motion for class certification owned buildings to which asbestos-containing materials manufactured, sold or distributed by W. R. Grace & Co had been placed or were otherwise thought to be creditors holding potential property damage claims against the debtors. 2. The debtors' knowledge, if any, of what efforts the debtor has made to identify, list, catalog or otherwise find buildings in which asbestos-containing materials manufactured, sold or distributed by W. R. Grace & Co. |
| 12/12/2005 | | Notice of 30(b)(6) Deposition re: The debtors' knowledge and efforts to determine the address, building, location or owners of buildings in which asbestos-containing materials manufactured by W. R. Grace & Co. were installed or delivered. |
| 12/19/2005 | 11365 | Debtors' Motion for Protective Order as to 30(b)(6) Deposition |
| 12/19/2005 | 11408 | Scheduling Order |
| 12/22/2005 | 11428 | Debtors' Reply Memorandum with Respect to Fifteenth Omnibus Objection |
| 1/3/2006 | 11473 | Transcript of 12/19/05 Hearing |
| 1/10/2006 | 11522 | Anderson Memorial Hospital's Response to Motion for Protective Order |

| Date | Docket No. | Description |
|------|------------|-------------|
| 1/13/2006 | 11547 | Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar-Date Notice-Program |
| 1/20/2006 | 11594 | Speights & Runyan's Sur-reply in Opposition to 13th and 15th Omnibus Objections |
| 1/24/2006 | 11621 | Debtors' Sur-reply in Support of Disallowance of 71 Claims for which Speights & Runyan has not established authority to file as of 3/31/03 bar date |
| 1/25/2006 | 11627 | Anderson Memorial's Proposed Reply Memorandum to Debtor's Brief re: the Notice Program and in Support of Class Certification |
| 2/3/2006 | 11707 | Transcript of 1/26/06 Hearing |
| 2/3/2006 | 11709 | Anderson Memorial's Further Memorandum in Opposition to the Thirteenth Omnibus Objection – Ratification of Authority |
| 2/3/2006 | 11712 | Debtors' Further Memorandum re: Ratification of Authority to File Claims |
| 2/7/2006 | 11729 | Transcript of 1/25/06 Hearing |
| 8/29/2006 | 13077 | Transcript of 8/21/06 Hearing |
| 4/17/2007 | 15210 | Order Expunging 71 Asbestos Property Damage Claims for Failure to Establish Written Authority Prior to the Bar Date |
| 4/17/2007 | 15209 | Memorandum Opinion |

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**B.    Docket Entries in the District Court**

| Date | Docket No. | Description |
|------|-----------|-------------|
| 5/25/2007 | 1 | Notice of Appeal from Bankruptcy Court appealing the Order entered on 4/17/07 by Judge Fitzgerald in Bankruptcy Case No. 01-01139 |
| 5/25/2007 | 2 | Designation of Record and Statement of Issues on Appeal filed by Mission Towers, *et al.* (Appellants) |
| 5/25/2007 | 3 | Designation of Record and Statement of Issues on Appeal filed by W.R. Grace & Co. (Appellees) |
| 5/25/2007 | 4 | Notice of Docketing of Bankruptcy Appeal |
| 6/12/2007 | 5 | Appellants' Joint Motion to Consolidate Cases / Proposed Order Consolidating 44 Related Appeals and Setting Briefing Schedule |
| 6/14/2007 | 6 | Order Consolidating 44 Related Appeals and Setting Briefing Schedule |
| 7/16/2007 | 7 | Appellants' Brief |
| 8/20/2007 | 8 | Appellees' Brief |
| 8/20/2007 | 9 | Appellees' Motion for Leave to File and Counter-Designate an Additional Item in the Record on Appeal of the Bankruptcy Court's Order Disallowing 71 Unauthorized Speights & Runyan Claims |
| 8/27/2007 | 10 | Appellants' Response to Appellees' Motion for Leave to File and Counter-Designate an Additional Item in the Record on Appeal of the Bankruptcy Court's Order Disallowing 71 Unauthorized Speights & Runyan Claims |
| 8/30/2007 | 11 | Appellees' Consent to Appellants' Motion for Extension of Time to File Reply Brief |
| 9/14/2007 | 12 | Order Setting Briefing Schedule |
| 9/14/2007 | 13 | Order Granting Appellees' Motion for Leave to File an Additional Item in the Record |
| 9/21/2007 | 14 | Appellants' Motion to Supplement the Record on Appeal |
| 9/21/2007 | 15 | Appellants' Reply Brief |

| Date | Docket No. | Description |
|---|---|---|
| 10/1/2007 | 16 | Appellees' Answering Brief in Opposition to Appellants' Motion to Supplement the Record on Appeal |
| 10/8/2007 | 17 | Appellants' Reply Memorandum in Support of Joint Appellants' Motion to Supplement the Record on Appeal |
| 12/6/2007 | 18 | Order Granting Appellants' Motion to Supplement the Record on Appeal |
| 12/6/2007 | 19 | Memorandum and Order affirming Bankruptcy Court's Opinion |
| 1/4/2008 | 20 | Appellants' Notice of Appeal to the U.S. Court of Appeals for the Third Circuit |

DATED: January 14, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE  19801
Telephone:    (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

- and –

Daniel A. Speights (SC Fed. ID No. 4252)
Marion C. Fairey, Jr. (SC Fed. ID No. 6101)
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, SC  29924
Telephone:    (803) 943-4444
Facsimile:    (803) 943-4599

*Counsel for Appellants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

In re:  W.R. Grace & Co., *et al.*

| | | |
|---|---|---|
| Mission Towers, *et al.*, | ) | |
| | ) | |
| Appellants, | ) | Civil Action No. 07-287 |
| | ) | |
| v. | ) | Bankruptcy Case No. 01-01139 (JKF) |
| | ) | Bankruptcy Appeal No. AP 07-16 |
| W.R. Grace & Co, *et al.*, | ) | |
| | ) | |
| Appellees. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, hereby certify that on the 14th day of January, 2008, I did cause to be served copies of the foregoing **Appellants' Joint Statement of Issues to be Presented on Appeal and Designation of Items to be Included in the Record on Appeal** on the parties listed and in the manner indicated on the attached service list.

DATED:  January 14, 2008

Christopher D. Loizides (No. 3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 654-0248
Facsimile:    (302) 654-0728
E-mail:        loizides@loizides.com

080114152015.DOC

**SERVICE LIST**

**VIA FACSIMILE AND FIRST CLASS MAIL**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 No. Market Street, 17th Floor
Wilmington, DE  19801
*Fax:    (302) 652-4400*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601
*Fax:    (312) 861-2200*

James J. Restivo, Jr., Esquire
Douglas E. Cameron, Esquire
Traci S. Rea, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219
*Fax:    (412) 288-3063*

**VIA FIRST CLASS MAIL**

Teresa K. D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE  19801

Marla R. Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE  19801

Michael R. Lastowski, Esquire
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

David M. Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Room 2207
Wilmington, DE  19801

080114152015.DOC                              2

Theodore Tacconelli, Esquire
Ferry Joseph & Pearce P.A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE  19899-1351

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence P.A.
1200 No. Broom Street
Wilmington, DE  19806

Lewis Kruger, Esquire
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Peter Van N. Lockwood, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Thomas M. Mayer, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick Herrington & Sutcliffe LLP
3050 K Street, N.W., Suite 200
Washington, DC  20007-5135

Scott Baena, Esquire
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 So. Biscayne Bl., Suite 2500
Miami, FL  33131-2336

David B. Siegel
W.R. Grace & Company
7500 Grace Drive
Columbia, MD  21044